# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cr-00187-LTB

UNITED STATES OF AMERICA

        Plaintiff,

v.

6.      SAUL BARRERA,

        Defendant.

_____

# ORDER
_____

Upon Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc 816 - filed April 18, 2006), it is

ORDERED that the Motion is GRANTED. Defendant Saul Barrera's sentence is reduced by 15 months from 31 months to 16 months' custody, with the other conditions set forth in this Court's Judgment previously filed in this matter.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED: April 19, 2006